UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 13-64-KSF

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                    **OPINION & ORDER**

FRED BOUNDS                                                      DEFENDANT

\* \* \* \* \* \* \* \* \* \*

On February 15, 2013, Defendant Fred Bounds filed a motion for a competency evaluation

to determine his mental competency to stand trial [DE #5] .  On February 21, 2013, United States

Magistrate Judge Robert E. Wier granted Bounds' motion, and also granted the United States' oral

motion to expand the scope of the evaluation to criminal responsibility [DE # 10].   Bounds

subsequently filed proper notice of Bounds' intent to assert a defense of insanity pursuant to Rule

12.2(a) of the Federal Rules of Criminal Procedure [DE #9].

On July 2, 2013, a sealed forensic psychological evaluation was filed with the Court, wherein

Dr. Judith (Betsy) E. Campbell opines that Bounds is competent for trial purposes [DE #30].  On

July 2, 2013, a competency hearing was held before Magistrate Judge Wier [DE #32]. The parties

subsequently filed separate post-brief memoranda [DE #33, 34].  On October 29, 2013, Magistrate

Judge Wier issued Recommended Disposition, recommending the Court find Bounds competent to

stand trial [DE #36].  Bounds has not filed any objections to the Report and Recommendation.

This Court must conduct a *de novo* review of those portions of the Recommended

Disposition to which objection is made.  28 U.S.C. § 636(b)(1)(C).  Here, neither party has filed any

objections, and the time for so filing has expired. Failure to file objections waives that party's right to appeal. 28 U.S.C. § 636; *Thomas v. Arn*, 474 U.S. 140, 155 (1985). Accordingly, the Court, being fully and sufficiently advised, **HEREBY ORDERS** as follows:

(1)     the Recommended Disposition [DE # 36] is hereby **ADOPTED** as and for the opinion of this Court;

(2)     Bounds is competent to stand trial;

(3)     this matter is hereby referred to Magistrate Judge Wier for arraignment.

This November 18, 2013.

Signed By:

*Karl S. Forester*   KSF

**United States Senior Judge**